UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ATIF AMOON,<br>  Debtor | : CHAPTER 7<br>:<br>:<br>: |
| ROOSEVELT REHABILITATION &<br>HEALTHCARE CENTER,<br>       Movant | :<br>: CASE NO. 25-13537-DJB<br>: |
| ix. | : |
| ATIF AMOON,<br>and ROBERT H. HOLBER, ESQ.,<br>TRUSTEE,<br>       Respondents | : AUTOMATIC STAY<br>:<br>:<br>: |

SEP 26 2025

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Provident Bank of Maryland has filed a Motion for Relief from Automatic Stay with the Court for Relief from the Automatic Stay imposed by Section 362 of the Bankruptcy Code, 11 U.S.C. § 362.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your Attorney, if you have one in this Bankruptcy case.  **(If you do not have an Attorney, you may wish to consult an Attorney)**

    a)    If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before October 24, 2025, you or your Attorney must do <u>all</u> of the following:

        (a) file an Answer explaining your position at:
            United States Bankruptcy Court, Eastern District
            900 Market Street, Suite 400
            Philadelphia, PA 19107

If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
   (b) mail a copy to the Movants Attorney:
   Andrew R. Eisemann, Esq.
   Kennedy, P.C. Law Offices
   1607 North Second Street
   Harrisburg, PA 17102

2.  If you or your Attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court my enter an Order granting the relief requested in the Motion.

3.  A hearing on the Motion is scheduled to be held before the United States Bankruptcy Court for the Eastern District of Pennsylvania on                , at the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the Attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

Respectfully submitted,

**KENNEDY, P.C. LAW OFFICES**

Andrew R. Eisemann, Esq.
Kennedy, P.C. Law Offices
1607 North Second Street
Harrisburg, PA 17102
(717) 233-7100 ext. 101
aeisemann@kennedypc.net

DATE: September 24, 2025

14